UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALEEK JAMES,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CASE NO. C12-1917RSM<br><br>ORDER ON PENDING MOTIONS |

    The Court, having reviewed the record and petitioner's pending motions, does now find and ORDER:

    (1) Motions Regarding Trial Transcripts and Audio Recording

    Petitioner has filed several motions requesting copies of the complete trial transcript, including voir dire and closing arguments. He also requests a copy of the "audio recording" of the trial. Dkt. ## 6, 7, 8. A review of the government's second status report regarding transcripts, filed in the criminal case (CR 09-427RSM, Dkt. # 402) demonstrates that petitioner has now been provided with copies of voir dire and closing arguments. He was previously provided copies of the trial transcripts. He has thus received all transcripts to which he is entitled. The transcripts are the official court record, and there is no "audio recording." The motions (Dkt. ## 6, 7, 8) are accordingly DENIED as moot.

    (2) Motions to Withdraw and Revise the § 2255 Motion

ORDER - 1

1    Petitioner has filed numerous motions and unnoted requests asking for leave to revise and/or add
2 to his motion to correct sentence pursuant to 28 U.S.C. § 2255.  Dkt. ## 5, 9, 10, 11, 12, 13.  These
3 motions are GRANTED.  Petitioner may file an amended § 2255 petition presenting all issues which he
4 seeks to have considered by the Court.  Such amended petition, which shall completely supercede the
5 original filed at Dkt. # 3, shall be filed on or before February 15, 2013.  **Further amendment by**
6 **additional filings shall not be allowed.**  This leave to amend does not in any way constitute a finding
7 that the issues petitioner seeks to present are claims which are cognizable in a § 2255 petition.

   DATED: January 15, 2013.

                                    RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

ORDER - 2